MONROE, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App.P.; Wal-Mart Stores, Inc. v. Bowers, 752 So.2d 1201 (Ala.1999); Gresham v. Schlumberger Indus., Inc., 656 So.2d 347 (Ala.1995); K.S. v. Carr, 618 So.2d 707 (Ala.1993); and Johnson v. Martin, 423 So.2d 868 (Ala.Civ.App.1982).
The appellees request for an attorney fee on appeal is denied.
ROBERTSON, P.J., and YATES and THOMPSON, JJ., concur.
CRAWLEY, J., dissents.